IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SAINT DENNIS ROGER VAN DYKE     )
PRO SE WRITER ATTORNEY AT       )
LAW PROPHET PASTOR RABBI,       )
                                )
            Plaintiff,          )
                                )
    v.                          )    1:14CV712
                                )
SCOTT T. SLUSSER, et al.,       )
                                )
            Defendant(s).       )

**ORDER**

On August 22, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3 and 4.) Plaintiff objected to the Recommendation. Plaintiff also filed five Amended Complaints (Docs. 6-10).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, correcting the defects set out in the Order

and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint (Doc. 6) was filed as of right, but suffers from the same defects as the original complaint, and that Plaintiff did not receive leave of court to file the remainder of the Amended Complaints (Docs. 7-10). The Amended Complaints are therefore dismissed.

This the 2nd day of December, 2014.

/s/ William L. Osteen, Jr.
_____
United States District Judge